LAZARE POTTER & GIACOVAS LLP
ROBERT A. GIACOVAS, ESQ.
LAINIE E. COHEN, ESQ.
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
Telephone: (212) 758-9300
Facsimile: (212) 888-0919

Attorneys for Plaintiff, FRANK OWENS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

FRANK OWENS                                                2008-CV-8414

                        Plaintiff,

    v.

GAFFKEN & BARRIGER FUND LLC,
G&B PARTNERS, INC., BARRIGER
CAPITAL, LLC, BRIDGEVILLE
MANAGEMENT, LLC, LLOYD VERNON
BARRIGER, and ANDREW MCKEAN,

                        Defendants.

-------------------------------------------------------------------x

                                                                         2008-CV-9357

MARTHA GRAHAM, MARIA GRIMALDI,
LLOYD HELLER, PAULA MANZOLILLO
AND CREAMTON MAPLE TRUST F/B/O
CARL MILLS,

                        Plaintiffs,

    v.

LLOYD V. BARRIGER, THE ESTATE OF ANDREW
MCKEAN, LINDA BARRIGER; THE GAFFKEN
& BARRIGER FUND LLC, G&B PARTNERS, INC.,
BARRIGER & BARRIGER INC., BARRIGER
CAPITAL, INC., GITLIN & ASSOCIATES, LLP, and
JOHN DOE,

         Defendants.

------------------------------------------------------------------------x

## PLAINTIFFS' JOINT NOTICE OF MOTION FOR THE APPOINTMENT OF A RECEIVER

PLEASE TAKE NOTICE that Plaintiff, FRANK OWENS (hereinafter referred to as "Mr. Owens"), by and through his counsel of record, Lazare Potter & Giacovas LLP, and Plaintiffs, MARTHA GRAHAM, MARIA GRIMALDI, LLOYD HELLER, PAULA MANZOLILLO AND CREAMTON MAPLE TRUST F/B/O CARL MILLS (hereinafter referred to as "the Graham Plaintiffs") by and through their counsel of record, Ronald Jay Litchman, (hereinafter collectively referred to as "Plaintiffs") and pursuant to Rule 66 of the Federal Rules of Civil Procedure, will and hereby does move this Court for an Order granting the appointment of a receiver to assume control of Defendant, GAFFKEN & BARRIGER FUND, LLC,

Plaintiffs' Joint Motion is based upon this Notice of Motion; the supporting Memorandum of Law; the January 23, 2009 Affidavit of Robert A. Giacovas, Esq.; the Complaint filed by Mr. Owens on October 1, 2008; the January 23, 2009 Affidavit of Ronald Jay Litchman; the Complaint filed by the Graham Plaintiffs on October 30, 2008; the Joint Exhibits filed herewith, and such further maters and argument as the Court may consider in connection with the hearing on this Motion.

Pursuant to the Court's Order dated January 9, 2009, Defendants shall file and serve any Opposition to this Motion on or before February 13, 2009.

Pursuant to the Court's Order dated January 9, 2009, Plaintiff's Reply Memorandum shall be filed and served on or before February 27, 2009.

Dated: January 23, 2009
New York, New York

LAZARE POTTER & GIACOVAS LLP

By: _____
Robert A. Giacovas
Lainie E. Cohen
950 Third Avenue
New York, New York  10022
Telephone: (212) 758-9300
Facsimile:  (212) 888-0919
rgiacovas@lpgllp.com
lcohen@lpgllp.com
Attorneys for Plaintiff, Frank Owens

RONALD JAY LITCHMAN

By: _____/s/_____
Ronald Jay Litchman
96 North Main Street
Liberty, New York  12754
Telephone: (845) 292-8083
Facsimile:  (866) 480-3772
rjlesq@mindspring.com
Attorney for Plaintiffs, Martha Graham, Maria Grimaldi, Lloyd Heller, Paula Manzolillo and Creamton Maple Trust F/B/O Carl Mills