KLESTADT & WINTERS, LLP
Tracy L. Klestadt
John E. Jureller, Jr.
292 Madison Avenue, 17th Floor
New York, New York 10017
Tel: (212) 972-3000
Fax: (212) 972-2245

Attorneys for Defendants
***Lloyd V. Barriger, G&B Partners, Inc.,***
***And Bridgeville Management, LLC***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
==========================================X

| | |
|---|---|
| FRANK OWENS, | Case No. 08-CV-8414 (WCC) |
|                   Plaintiff, | |
|      -against- | |
| | |
| GAFFKEN & BARRIGER FUND LLC, G&B PARTNERS, INC., BARRIGER CAPITAL, LLC, BRIDGEVILLE MANAGEMENT, LLC, LLOYD VERNON BARRIGER , and ANDREW MCKEAN, | |
|                   Defendants. | |

==========================================X
==========================================X

| | |
|---|---|
| MARTHA GRAHAM, MARIA GRIMALDI, LLOYD HELLER, PAULA MANZOLILLO, and CREAMTON MAPLE TRUST F/B/O CARL MILLS, | Case No. 08-CV-9357 (WCC) |
|                   Plaintiffs, | |
|      -against- | |
| | |
| LLOYD V. BARRIGER, THE ESTATE OF ANDREW McKEAN, LINDA BARRIGER, THE GAFFKEN & BARRIGER FUND LLC; G&B PARTNERS, INC., BARRIGER AND BARRIGER INC., BARRIGER CAPITAL INC., GITLIN & ASSOCIATES, LLP, and JOHN DOE (the unknown individual or legal entity Which acted as auditor for the Gaffken & Barriger Fund, Inc.), | |
|                   Defendants. | |

==========================================X

1

**JOINDER OF DEFENDANTS LLOYD V. BARRIGER, G&B PARTNERS, INC. AND BRIDGEVILLE MANAGEMENT, LLC TO DEFENDANT GAFFKEN & BARRIGER FUND, LLC'S OPPOSITION TO PLAINTIFFS' JOINT MOTION FOR THE APPOINTMENT OF A RECEIVER**

Defendants, Lloyd V. Barriger, G&B Partners, Inc. ("G&B Partners"), and Bridgeville Management, LLC ("Bridgeville Management") respectfully submit this joinder to Defendant Gaffken & Barriger Fund, LLC's Opposition to Plaintiffs' Joint Motion for the Appointment of a Receiver.

Defendants Lloyd V. Barriger, G&B Partners and Bridgeville Management hereby join in each of the arguments set forth in Defendant Gaffken & Barriger Fund, LLC's Memorandum in Opposition to Plaintiffs' Joint Motion for the Appointment of a Receiver ("Memorandum of Law"), as if fully incorporated herein. Lloyd V. Barriger was the principal of The Gaffken & Barriger Fund, LLC (the "Fund"), and was the president and sole member of G&B Partners, the managing member of the Fund, and Bridgeville Management, the Fund's investment advisor.

Dated: New York, New York
        February 20, 2009

_/s/ John E. Jureller, Jr._
John E. Jureller, Jr.
Klestadt & Winters, LLP
Attorneys for Defendants
**_Lloyd V. Barriger, G&B Partners, Inc.,_**
**_and Bridgeville Management, LLC_**

<u>CERTIFICATE OF SERVICE</u>

JOHN E. JURELLER, JR., being duly sworn, hereby certifis:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt & Winters, LLP, 292 Madison Avenue, 17th Floor, New York, New York, 10017.

2. On the 20th day of February, 2009, I served a copy of the Joinder of Defendants Lloyd V. Barriger, G&B Partners, Inc. and Bridgeville Management, LLC to Defendant Gaffken & Barriger Fund, LLC's Opposition to Plaintiffs' Joint Motion for the Appointment of a Receiver, by first class mail, by depositing a true copy thereof enclosed post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State upon:

Robert A. Giacovas, Esq.
Lazare Potter & Giacovas LLP
950 Third Avenue
New York, NY 10022

Ronald J. Litchman, Esq.
96 North Main Street
Liberty, NY 12754

Richard A. Stoloff, Esq.
Stoloff & Silver, LLP
26 Hamilton Avenue
PO Box 1129
Monticello, NY 12701

Richard A. Kirby, Esq.
Lisa M. Richman, Esq.
K&L Gates LLP
1601 K Street N.W.
Washington, DC 20006-1600

<u>/s/ John E. Jureller, Jr.</u>
John E. Jureller, Jr.

Dated: February 20, 2009